# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Arletha Cash, as Independent Executor | § | |
| v. | § | Case 1:20-cv-01099 |
| NewRez LLC dba Shellpoint Mortgage | § | |

## JOINT MOTION TO AMENDED SCHEDULING ORDER

The parties in this case are making concrete progress toward settling the lawsuit. There are specific facts they are cooperating to investigate. In connection with this collaborative approach they request additional time under the scheduling order so that they can avoid discovery and motion practice which may prove unnecessary. Arletha Cash, as Independent Executor of the Estate of Selena D. Cash, Deceased and NewRez LLC dba Shellpoint Mortgage Servicing request the court amend the current scheduling order entered on February 9, 2021 (doc. 8), by extending the dispositive motion and discovery deadline.

The court entered a scheduling order on February 9, 2021. The order requires the parties to file dispositive motions on or before July 2, 2021. It also set a discovery completion deadline of June 4, 2021. No pretrial conference has been set to date.

The parties request a 60 day extension of time to complete discovery and file dispositive motions, and to extend Ms. Cash's deadline to respond to the pending dismissal motion to June 1. The parties make this request in good faith and not for the purposes of delay. Good cause exists to grant this request.

## Conclusion

The parties respectfully request the court extend the discovery deadline from June 4, 2021 to August 3, 2021, the filing of dipositive motions from July 2, 2021 to August 31, 2021, and Ms. Cash's deadline to respond to the pending dismissal motion to June 1.

Date: May 19, 2021

Respectfully submitted,

*s/ Kemp W. Gorthey – with permission*
Kemp W. Gorthey
State Bar No. 08221275
Email: kemp@gortheylaw.com
Kendall L. Bryant
State Bar No. 24047273
Elizabeth Von Kriesler
State Bar No. 24047273
Email: elizabeth@gortheylaw.com
THE GORTHEY LAW FIRM, PLLC
604 West 12th Street
Austin, Texas 78701
Tel: (512) 236 8007
Fax: (512) 479 6417

**Attorneys for Plaintiff Arletha Cash, as Independent Executor**

*s/ Walter McInnis*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Walter McInnis
SBN: 24046394, FBN: 588724
 --*Attorney in Charge*
walter.mcinnis@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**Attorneys for Defendant Shellpoint Mortgage Servicing**